UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MCKESSON,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM K. MARSHALL, et al.,<br><br>Respondents. | No. 2:25-cv-2182 CKD P<br><br><br><br>ORDER |

Petitioner proceeds through counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 7, 2025, the undersigned ordered respondent to file a response to the petition. (ECF No. 4.) On October 3, 2025, respondent moved for a stay of briefing due to the lapse of appropriations to the Department of Justice and the Federal Bureau of Prisons. (ECF No. 6.) Counsel for petitioner does not oppose the motion. (Id. at 2.)

Good cause appearing, IT IS ORDERED that respondent's motion for a stay of briefing due to lapse of appropriations (ECF No. 6) is GRANTED; a briefing schedule will be re-set at a further date.

Dated: October 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, mcke2182.stay

1